

**FILED**
11/25/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Aalim Mohammad
Plaintiff(s)

v

P&B CAPITAL GROUP, LLC
MSW CAPITAL, LLC
ADLER & ASSOC. LTD et al
DEFENDANT(S)

Case No. 15 CV 10352

(1). Violation(s) of the Fair Debt Collection Practice Act (FDCPA) 15 U.S.C. sec. 1692g(B),1692 f,1692e, e(5),e14
2. The Illinois Automatic Telephone Dialer's Act (815 ILCS 305)/1)section 30, violation C-5
3. Telephone Consumer Protection Act (TCPA) sec. 227, 47 USC Sec.(b)(1), 47 USC sec.227 (a)(iii).
4. Deceptive Practice Act [815ILCS 505/2 from ch. 121 ½ par. 262
5. Civil Conspiracy

**RECEIVED**

NOV 20 2015

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

*Verified Amendment complaint*

### VERIFIED COMPLAINT

Now comes plaintiff(s) Aalim Mohammad herein (plaintiff(s), and hereby sues defendant(s) P&B Capital Group, LLC (herein P&B), MSW CAPITAL,LLC (herein MSW) and ADLER & ASSOC.,LTD (herein ADLER), Collective and Individually for violations of the Fair Debt Collection Practice Act (FDCPA) 15 U.S.C. Sec. 1692d(5),f, e, and e(14), the Illinois Automatic Telephone Dialer's Act (815 ILCS 305)/1)section 30 violation C-5. The Telephone Consumer Protection Act, (TCPA) Sec. 227, 47 USC Sec. 227(b)(1) and 47 USC Sec. 227(a)(iii). Violation of the Deceptive Practice Act [815 ILCS 505/2 from ch.121 ½ par. 262 and Civil Conspiracy

### NATURE OF ACTION

(1) This action is for damages and injunctive relief brought by plaintiff(s) against defendant(s) for the continued violations which has not stopped since the inception of the defendant(s) constant disregard of the federal Statutes, laws and acts pursuant to the aforesaid. Plaintiff brings this action seeking actual damages, statutory damages, attorney's fees and cost to plaintiff(s).

1 of 7

## Preliminary Statement

Upon belief and information plaintiff alleges that many of these practices are widespread by defendant(s). Plaintiff intend to propound discovery of defendant(s) identifying other individuals who have suffered similar violations.

(2) Plaintiff allege that the defendant(s) has violated such laws by knowingly, willfully and repeatedly harassing plaintiff and his family in an attempt to collect an allege debt.

(3) Defendant(s) is fully aware that the plaintiff has not given them prior express or implied consent to call plaintiff cell phone.

(4) Plaintiff contends that the defendant(s) has acted voluntarily, intentionally and under its own free will and knew or should have known that defendant(s) were engaged in acts that constitute violations of several Statutes, including but not limited to conspiracy.

## JURISDICTION and VENUE

This court has subject matter jurisdiction based upon federal questions under 28 U.S.C. sect. 1331, 1332, 1343, 1367, and 42 U.S.C. sect. 1983 which confer original jurisdiction on Federal District Courts in suits to address the deprivation of rights secured by federal law and matters between diverse citizens that involve an amount in controversy in excess of $75,000. This court has Jurisdiction pursuant to the Fair Debt Collection Practice Act, (FDCPA), 15 U.S.C., sec. 1692 et seq

(5) Venue is proper in this court pursuant to 28 U.S.C. sect. 1391(b)(2), in that the significant events giving rise to the claims of unlawful conduct and acts asserted herein, were executed while plaintiff was residing in this judicial district where plaintiff continues to reside now. And that the acts committed by the defendant(s) happen here in Illinois.

(6) This court has personal jurisdiction over the parties as all defendant(s) engaged in business within the State of Illinois, and thus have sufficient contacts.

(7) This court has jurisdiction over State claims by virtue of pendant jurisdiction.

## PARTIES

(8) Plaintiff Aalim Mohammad is a consumer and natural person over 18 years of age who at the times relevant resided in the Northern District of Illinois.

(9) Defendant(s) P&B CAPITAL GROUP, LLC (P&B), is a LLC based in New York and has a principle of business located at 369 Washington St. Suite 100, Buffalo, NY 14203. P&B is believed to be a foreign company whose primary business is the collection of debts owed to others among other Functions, including but not limited to transaction the collection of debts for MSW Capital, LLC. However, according to the Illinois Secretary of State data base, MSW is not in good standing.

10. Defendant(s) ADLER & ASSOC., LTD are alleged to be the attorneys for MSW CAPITAL, LLC and has an office located for doing business in the capacity for collecting debts, located at 25 E. Washington #1221, Chicago, Illinois 60602 for MSW Capital, LLC Among other functions.

## STATEMENT OF FACTS

(11) It is alleged that Plaintiff(s) received a number of calls from the defendant(s) on a number of occasions without express consent or any form of authorization.

(12) Also this was done before the allege debt was validated as evidence will show in violation of the Fair Debt Collection Practice Act (FDCPA).

(13) Evidence will show that the plaintiff(s) received a number of calls without express consent from defendant(s) P&B on behalf of MSW on the following days:

(14) The plaintiff(s) received a call from P&B stating they were calling on behalf of MSW on 10/22/2014. Left no message other message. From number 801-894-9638

(15) The plaintiff(s) received a call from P&B stating they were calling on behalf of MSW on 10/29/2014, the caller stated that his name was Mr Glover from 1-888-569-9635, ext 177

(16) The plaintiff(s) received a call from P&B on behalf of MSW on 11/4/14 from Donald H, from phone number 888-569-9635, ext 134

(17) The plaintiff(s) received a call from P&B on behalf of MSW on 11/7/14 from a Chad, phone number 941-757-8568 and there was no message left. Allegedly violating (FDCPA)1692d(5)

(18) The plaintiff(s) received another call from one identifying himself to be chad on 11/7/14.

(19) The plaintiff(s) received another call from P&B on 2/12/15 at 8:42 am calling on behalf of P&B Capital in an attempt to collect a debt and called for Elena & MSW
from phone number 888-569-9635, identified himself as Eli Pargan Ref no. 3440226.

(20) The plaintiff(s) received a call on 2/12/15 at 12:15pm from phone number (801)894-9638 and P&B left no message allegedly violating (FDCPA)1692d(5).

(21) The plaintiff received a call from P&B on 2/23/15 from number 801-894-9638 from Steve.

(22) Defendant(s) are fully aware that plaintiff has not given any of them express or implied consent to call Aalim Mohammad's cell phone.

(23) Plaintiff received a call from P&B on 2/11/2015 from a gentleman name Robert Powers who said his ext was 215 and he needed to speak to Elena. He revealed no number or caller ID. He only told plaintiff(s) P&B was another company but change their name. He called at 5:30. See recorded notes of evidence for discovery.

(24) The plaintiff(s) have informed defendant(s) P&B and MSW that both cell phone numbers that defendant(s) called plaintiff on are listed in Aalim Mohammad's name and not Elena Irving, yet the defendant(s) insisted on calling Aalim Mohammad on both of his cell phones without implied or express consent, which are 773-895-0434 and 773-732-2647.

(25) Plaintiff(s) allege that the defendant(s) P&B made use of an auto dialer system with result being harassment to the plaintiff(s) and in violation of the aforementioned Federal Law.

(26) Plaintiff alleges that defendant(s) P&B while calling on behalf of MSW would at times call plaintiff(s) cell phone and hang up. Other times defendant(s) P&B would call plaintiff's cell and before answering the phone there would be a brief pause, then someone would answer the phone. Plaintiff alleges that at those particular times, the P&B representatives were in violation of the Illinois Automatic Dialer's Act and the (FDCPA) as evidence in discovery will reveal among other calls. See Exhibit (A), some of the calls made to Plaintiff.

(27) On a number of dates and times as the aforesaid indicates , plaintiff(s) contends that the defendant(s) violated the (TCPA) by calling plaintiff(s) cell phone with no prior permission leaving a number of recordings thus, defendant(s) has demonstrated willful or knowing non-compliance with 47 U.S,C. sec. 227 (b)(1)(A) by continue to call plaintiff over 8 times.

(28) Plaintiff contends that it was and is harassment for defendant(s) ADLER to contact plaintiff(s) via mail carrier at his home on behalf of MSW since defendant(s) MSW has not responded to any of the requests sent to MSW from plaintiff(s) address. ADLER has acted knowingly or unknowingly in concert with defendant(s) MSW and P&B to deceive the plaintiff(s). Defendant(s) ADLER had no right to send a mail carrier to plaintiff's home disturbing plaintiff(s) who suffers from sleep abnia and a heart condition. The fact that neither of the defendant(s) has ever had a contract with the plaintiff or anyone in his house but claimed they do constitute deception. After investigation, plaintiff has discovered that defendant(s) MSW is not in good standing to do business in Illinois via the Secretary of State.

(29) Plaintiff request this honorable court to take judicial notice of King v. Knoll (no. 04-04149-JAR), Whitney v. State of New Mexico (113 F.3d 1170), and Haines v. kerner(404 U.S. 519), where the courts are directed that those who are unschooled in law making complaints/pleadings shall have the court look to the substance of the complaint/pleadings rather than the form.

## COUNT -1
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICE ACT (FDCPA)

(30) Plaintiff(s) re-alleges and affirm par. 1 through 29 and incorporates the same herein:

(31) It is alleged that defendant(s) P&B, MSW and ADLER all violated FDCPA 15 USC sec. 1692g(B), 1692f,1692e, e(14),e(5) by each of their involvement either directly or indirectly.

(32) 1. Section 1692g(B) provides: Collector must cease collection efforts until debt is validated

(33) 2. Section 1692f prohibits: Any unfair or unconscionable means to collect the alleged debt

(34) 3. Section 1692e prohibits: Any false, deceptive, or misleading representation or means in connection with the debt collection

(35) 4. Section 1692e(5), threaten to take any action that cannot legally be taken or that is not intended to be taken

(36) 5. Section 1692e(14), Any name other than the true name of the debt collector's business
Wherefore: The court should enter judgment in favor of plaintiff against defendant(s) for:

    1. Actual Damages
    2. Statutory Damages
    3. Attorney fees, litigation expenses and suit cost
    4. Such other and further relief the court deems proper

## COUNT -2
## VIOLATIONS OF THE ILLINOIS AUTOMATIC DIALER'S ACT

(815 ILCS 305)/1) sec. 30, violations of sub (b) and (C-5)

(37) Plaintiff re-alleges and affirms par. 1thru 36 and incorporates the same herein. The defendant(s) P&B and MSW were never given the consent to call the plaintiff(s) by using a Dialer System, as such the Act states in part:

(38) Sub sec. (b): It is a violation of the Act to play a prerecorded message placed by an auto dialer without the consent of the called party……. Sub sec. (C-5): In addition to the damages authorized under Subsection (c), a consumer may obtain statutory damages in the amount of $500 per violation.

(39) Wherefore: the court should enter a judgment in favor of the plaintiff(s) against the defendant(s)

1. For Actual damages
2. Statutory damages
3. Attorney fees; litigation damages and cost of suit
4. Such other and further relief this court deems necessary

### COUNT- 3
### VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT (TCPA)

### 47 USC sec 227 (b)(1) and 47 USC sec. 227 (a)(iii)

(40) Plaintiff re-allege and affirm par. 1 thru 39 and incorporates the same herein:

(41) Defendant(s) has demonstrated willful or knowing non-compliance with 47 U.S.C sec.227(b)(1)(A)The last 9 calls are subject to treble damages pursuant to 47 U.S.C. sec.(b)(3) as they were intentional.

(42) An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

(43) Defendant(s) P&B has demonstrated willful or knowing non-compliance with 47 U.S.C.sec.227(b)(1)(A),by calling the cellular phone of the plaintiff(s) on behalf of Defendant(s) MSW.

(44) Defendant(s) P&B on behalf of MSW has demonstrated willful or knowing non-compliance with 47 U.S.C. sec.227(b)(1)(A)by calling the plaintiff('s)number, which is assigned to a cellular telephone service. The plaintiff(s) has never given any of the defendant(s) permission to call plaintiff('s) cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C.sec.227(b)(3)(B). Plaintiff(s)and defendant(s) do not have an established business relationship within the meaning of 47 U.S.C.

**Wherefore:** the court should enter a judgment in favor of the plaintiff(s) against the defendant(s).

1. For Actual damages
2. For Statutory damages
3. Attorney fees; litigation damages and cost of suit
4. Such other and further relief as the court deems proper

### COUNT- 4

## VIOLATION OF THE DECEPTIVE PRACTICE ACT
[815 ILCS 505/2 from ch. 121 ½ par. 262

(45). Plaintiff re-alleges and affirms par. 1 thru 44 and incorporates the same herein: The Deceptive Practice Act states in part: " Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception or fraud, false pretense, false promise, misrepresentation or concealment, suppression or omission of material fact."

**Wherefore**: the court should enter a judgment in favor of the plaintiff(s) against defendant(s) for:

1. Actual monetary damages
2. Statutory damages
3. Attorney fees, litigation expenses and cost of suit
4. Such other and further relief as the court deems proper

## COUNT- 5
## CONSPIRACY

(46) Plaintiff re-alleges and affirm par. 1 thru 45 and incorporates the same herein: Plaintiff contends that each defendant(s) worked in concert either directly or indirectly To cause harm to plaintiff and his family. Conspiracy in this case is evidence from each defendant(s) aiding each other with the result being the acts which have been committed.

**Wherefore: The court should enter a judgment in favor of the plaintiff(s) against the defendant(s) for:**

1. Actual damages
2. Statutory damages
3. Attorney fees, litigation expenses and cost of suit
4. Such other and further relief as the court deems proper

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully Submitted this 20th of November, 2015

*(signature)*

Aalim Mohammad

**Aalim Mohammad**

**15209 S. Kenton, Oak Forest, Ill. 60452**

**773-895-0434**

(COUNTY OF COOK )
( STATE OF ILLINOI )

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT

I, Aalim Mohammad, a flesh and blood man made by the Creator of all men and women, hereby state that I have read the foregoing content. And believe all therein to be true to the best of my knowledge. I assert under the penalty of perjury and the laws of the UNITED STATES OF AMERICA that the foregoing is true and correct. And, under penalty as provided by law pursuant to section 1-109 of the Illinois code of civil procedure. Therefore: it is alleged that Aalim Mohammad's Verified Complaint is true and based on facts and evidence except that which is based on belief and, as to those things, he I believes the same to be true.

Affiant sayeth naught

_____
Aalim Mohammad

Subscribed and sworn to me this ___20th___ day of November. 2015, before me, the undersigned notary public in and for the State of Illinois, appeared Aalim Mohammad, personally known to me or proved to me on the basis of satisfactory evidence, to be the living soul whose autograph appears in the within instrument and acknowledge that he executed said instrument.

In witness whereof, I here unto set my hand and seal this ___20th___ day of November, 2015.

_____
Notary Signature

Print name __Karina Ambrosio__

My commission expires __Aug. 20th 2016__

"OFFICIAL SEAL"
KARINA AMBROSIO
Notary Public, State of Illinois
My Commission Expires Aug. 20, 2016

P&B Capital Group, LLC

# COLLECTION COMMUNICATIONS LOG

**INSTRUCTIONS:**
1. **DOCUMENT** immediately every communication you have with any debt collector, whether by letter, by phone or by message. Make detailed notes of any conversations you have with a debt collector during the conversation. Keep this log next to your phone.
2. **SAVE** every single voice mail, answering machine, collection letter, and paper message. Don't throw anything away, including the envelopes that the collection letters come in or anything marked with the collection letter.

| DATE of Call (mm/dd/yy) | TIME of Call? | PERSON: What phone number/name showed up on your caller ID? | TO: What number did they call you on? | SPECIAL NOTES: What did Collector Say? Amount Demanded? Payment Terms? Threats? Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Also list every hang up phone w/o message) |
|---|---|---|---|---|
| 10-29-14 | 2:31 pm | 858 263 1068 ext 177 | cell | Mr. Oliver called on this date left voice mail, let it all last claim to set up a bet collector. 1888-569-9635 ext 177 |
| 11-4-14 | 5:21 pm | 915 328-2179 | cell 773 895-0434 | P&B Capital Donnel H ext 134 from a Debt collector 888-569-9635 ext |
| 11-7-14 Thurs | 1:08 pm | 941 757-8502 | cell 773 895-0434 | child called left no message ext 101 |
| 2/12/15 | 2:43 pm | 888 569 9635 | Elina cell (773)733-2647 | Eli Ryan said he is a debt collector Ref# Acc# 3440226 ex 122 |
| 2/12/15 | 12:15 pm | (801) 894 9638 | cell 773 733-2647 | UTAH no message |
| 10/22/14 | 5:55 pm | 801 898 6938 no showed | cell 773 733-2647 | no message |
| 11-7-14 | 1:08 pm | 801-757-6825-68 | cell 773 733-2647 | said he is a debt collector wants to speak to Elena, please call him back (his) ex# 188 Seg-9d35 |
| 6/19/14 | | 800 895-4441 | 773 895-0434 | MTD Substanting to was Aus 895-2454 |
| 2/23/15 | 6:00 pm To 4:00 pm | 801 844-9638 | 773 895 0434 | More Terrance. Hope he can help. ex# 122 966 am Steve and Linda called by P&B |
| 2/11/15 | 5:30 pm | no number | (773) 895-0434 | Accident Robert Powers call ex# (see notes) |

# Your New Benefit Amount

8494658

BENEFICIARY'S NAME: AALIM MOHAMMAD

Your Social Security benefits will increase by 1.7 percent in 2013 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Saving this letter could save you the inconvenience of making a trip to a local office and waiting in line to obtain a new document.

### How Much Will I Get And When?

| | |
|---|---|
| • Your monthly amount (before deductions) is | $660.00 |
| • The amount we deduct for Medicare medical insurance is | $0.00 |
| (If you did not have Medicare as of Nov. 15, 2012, or if someone else pays your premium, we show $0.00.) | |
| • The amount we deduct for your Medicare prescription drug plan is | $0.00 |
| (If you did not elect withholding as of Nov. 1, 2012, we show $0.00.) | |
| • The amount we deduct for voluntary Federal tax withholding is | $0.00 |
| (If you did not elect voluntary tax withholding as of Nov. 15, 2012, we show $0.00.) | |
| • After we take any other deductions, you will receive on Jan. 3, 2013. | $660.00 |

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a check, please remember that you must switch to an electronic payment by March 1, 2013. For more information, please visit *www.godirect.org* or call **1-800-333-1795**.

### What If I Have Questions?

Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

104 S. HALSTED STREET
CHICAGO HEIGHTS IL