# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Aalim Mohammad

                    Plaintiff,

v.

                                        Case No.: 1:15−cv−10352
                                        Honorable Robert W. Gettleman

PB Capital Group, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 9, 2016:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 3/9/2016. Plaintiff is given an extension of time of 45 days, to 4/18/2016 to serve defendants. Status hearing set for 4/28/2016 at 9:00 a.m. mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.